Petition for

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.
the people of the state v Geo Group et. al.

REFERENCE <u>CIV.L.R. - 1, 7.1(A)(1),(2)(3)</u>
(Rule Number/Section)

CV-23-8088-PCT-DWL (JFM)

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 16 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ K.G. _____ DEPUTY

This petition is being written because there are officers in positions
of leadership that are preventing inmates from receiving mail (physically and
electronically) despite being allowed in accordance to Department Order 914
which is in violation of the Constitutional Rights of Prisoners. In
many incidents, the mailroom does not send mail out in a timely manner.
Sergeant R. Marschke has been cited the most as the mailroom
officer that abuses his power to contraband mail and emails. This
has resulted in the mailroom to; hold mail which is a violation of
the above rights (§1-5.9), misquoting policy from Department Order 914
in violation of the Constitutional Rights of Prisoners (§1-5.9),
Overcensorship in violation of the Constitutional Rights of
Prisoners (§1-5.9 and Brown v Board of Education 1968, Miller
v. California 1973), and preventing religious objects from
entering the prison in violation of the Constitutional Rights of
Prisoners (§1-7.3, Newton v Cupp). Sergeant R. Marschke has
continually violated the rights of prisoners of a certain population,
the population being prisoners in a sex offender yard, due to
discriminatory idealism in violation of the Constitutional Rights
of Prisoners (§1-5.10). Even though Sergeant R. Marschke is
cited for the majority of these incidents, there are other officers
that have violated the Constitutional Rights of Prisoners as well.
The staff members above Sergeant R. Marschke are also at fault
for allowing these violations of prisoners' rights to occur and
worsen over several years despite the inmate population communicating
their concerns and complaints. It must be stated that these may
not be the only violations that have occurred, they are just
the most obvious violations the people of the state are aware of.

The signatures on the following pages represent the inmates who have been a victim of these violations and strongly believe that remedies need to be taken in the mailroom immediately. Evidence of the violations and the communication that the people of the state had with the Geo Group staff is attached at the end of the original petition.

In conclusion, the facts are that the Geo Group facility is taking it upon themselves to interpret the Department Orders of the Arizona Department of Corrections and the main individual that is abusing his power and continue to victimize inmates at this facility is that of Sergeant R. Marschke. This same individual has created gatherings of inmates to peacefully protest the removal of this individual from this facility. The Geo Group powers of authority continue to give empty promises when dealing with Sergeant R. Marschke "internally". This merely results in an absence of Sergeant R. Marschke for a couple of days if any, but then the violations become more frequent and/or worsens. There are some simple remedies to these problems; the immediate removal of Sergeant R. Marschke from any control or power of any inmates of any population and for the rest of the Geo Group staff to interpret the Arizona Department of Corrections Department Order 914 in a literal sense instead of the biased and opinionated interpretations they have now. This is to be done with prejudice, without retaliation or harassment against the inmate population, of any form, in regards to this petition.

| ADC # | name<br>First name, Last name<br>Print | signature | intials |
|---|---|---|---|
| 198423 | Ken Hoglan | K.H.f | KH |
| 37586 | EDUARDO MARTINEZ | | |
| 319540 | Sanford Caime | Sanford Caino | SC |
| 197465 | Halsey Michael | Michael Hesley | MH |
| 323634 | Dallas M Archer | Dallas Arce # OCC1-308 | DMA |
| 249226 | Daniel Zoellner | | D.Z |
| 300811 | Shaquawn Gamet | | S.MR.G |
| 271700 | Eric Sedillo | | ES |
| 290235 | Sanchez, Michael | Michael Sanchez | MS |
| 329831 | Matthew Curtis | | NC |
| 315366 | Glenn Harmon | | |
| 260684 | Decker, Grant | | EJ |
| 306840 | Menor Jorge | Menor Jorge | |
| 195564 | Rutan, Aaron | Aaron E.H. | ALR |
| 275164 | GRAHAM, CLYDE | GRAHAM, CLYDE | GC |
| 247755 | CASTillo JOSE | Jose L Castillo | JC |
| 300511 | Alexis neAl | | A.N. |
| 336313 | Harrington, Justin | | JH |
| 329867 | Burleigh, Phillip | | PB |
| 338238 | HUBBARD, ROGER | R.Hubbard | RH |
| 342101 | Ashley, Kyler | | KA |
| 311908 | Gunnison Chad | Chad Gunn | CG |
| 331981 | Vaglio, Christophe | C. V. | CV |
| 178816 | Segundo, M. | M Segundo | MS |
| 267957 | Tyler, Eastland | | TE |
| 315337 | MA | Moe Ru | W.M |

| ADC # | Print name (First name Last name) | Signature | Initials |
|---|---|---|---|
| 356315 | Allen Munoz | *signature* | AM |
| 343391 | Matthias Baker | *signature* | MB |
| 292874 | Rudy Barriga | *signature* | RB |
| 356519 | Joshua Evans | *signature* | JE |
| 352544 | Alex Waldon | *signature* | AE |
| 335627 | Jathen Gonzalez | *signature* | JAG |
| 336498 | Alberto Moreno | *signature* | ADM |
| 355355 | Joey Leslie | *signature* | JL |
| 314161 | Ivan SAMUELS | *signature* | JS |
| 129347 | Escobedo Tony | *signature* | TE |
| 304466 | Duran David | *signature* | DD |
| 336827 | LePaul Martin | *signature* | JM |
| 287668 | Richard Longe | *signature* | RRL |
| 213991 | Burns Christopher | *signature* | C |
| 356113 | Chapel, Kenneth M. | *signature* | KM |
| 336061 | Wesley Davis | *signature* | WD |
| 357178 | MICHAEL DOBBY | Michael Dobby | M.D. |
| 347562 | NEMMAR PASCAL | *signature* | PN |
| 285466 | Seumptwey Aaron | *signature* | AS |
| 352690 | Peter P. Celaya JR | Pete Celaya | PC |
| 336923 | James Richard Lyon | James Lyon | J.R.L |
| 321734 | MOAT JEFF | Jeff Moat | JM |
| 344468 | Justin Hyde | *signature* | SH |
| 204621 | Omar Gave | *signature* | OG |
| 358714 | JAVIER DAVILA | *signature* | JD |
| 252655 | Jesus Mancino | Jesus Mancino | JM |

| ACD # | name Firstname, Lastname Print | signature | intials |
|---|---|---|---|
| 223820 | Gregory Garcia | | G.G |
| 279855 | Byron Rivers | | B.R. |
| 156617 | SALAZAR JOSE | | $ |
| 213404 | Trone Thomas | | TT |
| 292974 | Rudy Barriga | Rudy | RB |
| 358769 | Samuel Benedetto | Samuel Ben | SB |
| 288084 | Cortes Javier | | J.C |
| 349535 | Frielauf Harry | | HF |

| Anc # | Name (First name, Last name) Print | Signature | Initials |
|-------|-----------------------------------|-----------|----------|
|       |                                   |           |          |
|       |                                   |           |          |
|       |                                   |           |          |
|       |                                   |           |          |
|       |                                   |           |          |
|       |                                   |           |          |
|       |                                   |           |          |
|       |                                   |           |          |
|       |                                   |           |          |
|       |                                   |           |          |
|       |                                   |           |          |
|       |                                   |           |          |
|       |                                   |           |          |
|       |                                   |           |          |
|       |                                   |           |          |
|       |                                   |           |          |
|       |                                   |           |          |
|       |                                   |           |          |
|       |                                   |           |          |
|       |                                   |           |          |
|       |                                   |           |          |
|       |                                   |           |          |

| ADC # | Print Name (First Name Last Name) | Signature | Initials |
|-------|-----------------------------------|-----------|----------|
| 151600 | RICHARD DOMINGUEZ | RICHARD DOMINGUEZ | RD |
| 355782 | mladen Ristic | _(signature)_ | MR |
| 287623 | Steven P Daniels | St_(signature)_ | SD |
| 357163 | David Lewis | Do_(signature)_ | DL |
| 353594 | Jonathan Foster | _(signature)_ | JF |
| 355564 | John Watkins | _(signature)_ | JW |
| _(redacted)_ | | | |
| 325358 | Frank Brown | Frank Brown | FLB |
| 312003 | martell Younger | maybell Younger | MLY |
| 301616 | Terrance Fizer | _(signature)_ | TF |
| 293946 | Eric Jones | _(signature)_ | EJ |
| 344159 | Cameron Brush | Cameron Brush | CB |
| 123245 | Robert Allen | Robert All_(signature)_ | RA |

| ADC # | Print Name (First Name Last Name) | Signature | Initials |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| ADC # | name<br>Frist name, Last name<br>Print | Signature | intials |
|---|---|---|---|
| 339313 | Napoleon Alcanzar | | N.A |
| 358753 | Ceylan Torres | | CT |
| 343435 | Jose Padilla | | JP |
| 358887 | Jacob J Ruiz | | JR |
| 2282968 | Westover Hilton R | Hilton Westover | HRW |
| 317386 | TORTICE DARRELL | | DT |
| 5581603 | HAMBLIN ALLEN | allen RC | AJ |
| 349679 | Danny Arajen | | DA |
| 337045 | Todd Rosenblatt | Todd Rosenblatt | TR |
| 357806 | David Urdahl | David Urdahl | DU |
| 321077 | WILLYAm JOACHIM | | WJ |
| 359199 | Preston Lemke | | PHC |
| 272248 | Ricardo Juan | | RJ |
| 132097 | Serapo M | | St |
| 284616 | Albert Moraga | Albert D Moraga | ASM |
| 147673 | KEDDY, SCOTT | Scott Keddy | SK |
| 124805 | Washington Almaine | Almaine Washington | AW |
| 343725 | JACKSON LAVERN | Lavern Jackson | LJ |
| 304849 | Waid, Kevin | | K |
| 254112 | GAINES, JAMES | J Gm | JA |
| 263353 | William L Billings | WB | WB |
| 146472 | Lewis, Shawn T. | | SL |
| 344565 | MOLINA, RAFAEL | | RM |
| 356562 | Cabrera, Jose Jr. | | J.C. |
| 328076 | Cifuentes, mike | | m.c |

| AOC # | Name (First name, Last name in print) | Signature | Initials |
|---|---|---|---|
| 335359 | John Engelen | John Engelen | JE |
| 184958 | John Watkins | John Watk— | JW |
| 287850 | Gabriel Orve-Perez | Orv | G.P.C. |
| 344490 | Collin Taylor Alseth | | CA |
| 318863 | SUNSHINE CARTER | Sun | SC |
| 206699 | Felix Danny | Danny Felp | DNF |
| 190857 | BENNETT WILLIAMS | Bennett Williams | B.W. |
| 340893 | Quincy VAson | Cqu | CPV |
| 251592 | Goodwin John | John Good | JG |
| 172677 | Schaffer Chris | | CS |
| 346954 | JEFFREY PRELLER | | MP |
| 302378 | THOMAS BOLTON | Tom Bolton | T.B. |
| 339510 | Michael Rapp | Michael Rapp | MR |
| 338924 | Casey Martin | Casey Martin | CM |
| 340709 | Jacob Garcia | | JG |
| 335214 | TIMOTHY HIGGINS | | |
| 299579 | Guido Puccini | | G.P. |
| 308621 | Cestro oscar | Cestro | OB |
| 197703 | Alejandro Barajas M | Alejandro Barajas | AB |
| 536600 | RAYMOND PELTIER | | RP |
| 314276 | BRADLEY ISENBERG | BRADLEY ISENBERG | BI |
| 353342 | Rafael Gomez | Rafael Gomez | R.G |
| 355332 | Anthony Anaya | | AA |
| 355681 | VANCE BARTLETT | Vance | VMB |
| 294949 | David DePuydt | | DD |
| 352920 | Brian Barrientos | Brian Barrientos | B.B |
| 353160 | Devin Jeremy Malady | | DJM |
| 355501 | Floyd Hueston | Floyd Hueston | FH |

| IOC # | Name (First name, Last name in print) | Signature | Initials |
|---|---|---|---|
| 335131 | Tanner Albers | | TA |
| 353615 | McAlister, Brian | | Bm |
| 346465 | ZUAN CiGARROA | | I.C |
| 283202 | Ochoa Luis | | L O |

| ADC # | Print Name (First Name Last Name) | Signature | Initials |
|---|---|---|---|
| 33296-7 | Douglas Hensley | *signature* | D. H. |
| 329377 | Philip Gray | *signature* | P. G. |
| 352539 | John Spero | *signature* | B |
| 352515 | Castillo JOEL | *signature* | JC |
| 332536 | Daniel Galloway | Daniel Galloway | DG |
| 258848 | Chris HANNER | *signature* | CH |
| 347516 | Eric Arntsen | *signature* | EA |
| 328270 | William Conway | *signature* | WC |
| 333511 | Billingsley Brad | *signature* | BB |
| 306485 | DENNIS CRABTREE | *signature* | DC |
| 350904 | Marcus Halstead | Marcus Halstead | M.H |
| 321330 | Ramund Espinosa | *signature* | RE |
| 334310 | BEST, Noah | *signature* | NB |
| 335164 | Blakey Nathan | *signature* | NB |
| 333509 | Kameron Lyle | *signature* | K. L. |
| 330179 | Vazquez Misael | miguel vazquez | MV |
| 338857 | Isidro Cabrera Felix | *signature* | IC |
| 320141 | Max Rodriguez | *signature* | MR |
| 308647 | Stewart Kohlichee | *signature* | SK |
| 335155 | Richard Tackett | *signature* | RT |
| 263076 | DAVID Rich | *signature* | DR |
| 352914 | Kevin Huffman | *signature* | KH |
| 345346 | Hunter Tingey | *signature* | HT |
| 270022 | CHAMBERS, STEVEN B | Steven B Chambers | SBC |
| 343173 | Brian Kemp | *signature* | BK |
| 286609 | Di Matteo Anthony | *signature* | AD |

| ADC # | Print Name (First Name Last Name) | Signature | Initials |
|---|---|---|---|
| 309703 | Martinez, Samuel | Samuel Martinez | SM |
| 332206 | FLORES, Christian | *[signature]* | CF |
| 071619 | Henry Bailey | Henry Bailey | H.B |
| 355735 | Todd Ohlendorf | *[signature]* | TO |
| 321744 | Villatoro Avisai | Avisai *[signature]* V. | ARV |
| 349149 | Patrick Cann | *[signature]* | PC |
| 181924 | De La Cruz, C | De La Cruz, Christian | CDLC |
| 310367 | Joshua Warner | *[signature]* | JW |
| 222055 | Todd Peterson | Todd Peterson | TP |
| 347615 | Thomas Bowden | Tom Bow | TB |
| 220129 | Oscar E. Muñoz | Oscar E. Muñoz | OEM. |
| 321930 | Michael Bailey | *[signature]* | MB |
| 186873 | Blackburn, Kenneth | *[signature]* | KBB |
| 206992 | Ball, Kirk D. | *[signature]* | KDB |

| APC # | Print Name (First Name Last Name) | Signature | Initials |
|---|---|---|---|
| 197401 | Josh Hardwick | | |
| 301509 | Justin Fisher | Justin Fisher | J. F. |
| 320905 | Dillon Carter | Dillon Carter | D. C. |
| 519169 | Mike DeRuiter | | M. D. |
| 317038 | Travis Weltzin | | TMW |
| 293768 | Tyler Hartleb | | T.H. |
| 253462 | Chris Sanders | Chris Sanders | C.S. |
| 162761 | Brian Lewis | Brian Lewis | B.L. |
| 338583 | Lee Stanek | Lee Stanek | L.S. |
| 186764 | Robert Craft | | R.C. |
| 344147 | Cory Spencer | | CS |
| 295022 | Darnell Elbert | | D.E. |
| 297597 | Jeremy BALAND | | J.B. |
| 325391 | Bryan Hartman | Bryan | BH. |
| 320715 | DeCorse Carlos | | CD |
| 164199 | Busfield Michael | Busfield michael | MCD |
| 353476 | Lacy, Marvin | Marvin Lacy | MLL |
| 350622 | Hubert Johnson | Hubert John | H |
| 344174 | Nickey, Jacobe | | JN |
| 361205 | Innocent BRADLEY | | IB |
| 341718 | Arlon Latthew | | AJL |
| 154666 | Amado Peña | Amado Peña | AP. |
| 349469 | Brady Loberg | | B.L |
| 343155 | Dean Tarnow | | DT |
| 333008 | ROBERT LUKE | Robert Luke | RL |
| 329000 | Guerra Luis | | GL |
| 277925 | Centeno Jose | | CC |

| ADC # | Print Name (First Name Last Name) | Signature | Initials |
|---|---|---|---|
| 285465 | Kevin Mitton | | KM |
| 298046 | VALDEZ, ALEJANDRO | | AV |
| 287250 | TERRY EISENHAUER | | TE |
| 080368 | MORRIS, ERIC D. | | EDM |
| 174273 | Thomas, Anthony A | Anthony A Thomas | AAT |
| 316921 | Joseph Triste | | YS |
| 351519 | Senon Mantiguez | | SM |
| 316900 | Tim TOWNER | | |
| 223796 | DONALD VAN JR | | |
| 312453 | STEVEN HERMES | Steve Hermes | SM |
| 335041 | Steven Simmons | | SS |
| 117089 | Robert Swiney | Robert Swiney | R.S. |
| 353178 | Billy Friend | Billy Friend | B. F. |
| 287741 | Daniel Monson | | DM |
| 337082 | Nathan Arzate | | N.RA |
| 267318 | John Buhmeyer | John Buhmeyer | JIB |
| 269054 | Sullivan Antonit | | CN |
| 314721 | Danny Valenzuela | | DV |
| 330149 | Edward Rankin | Ed Rak | ENR |
| 356333 | Casey Cox | | CC |
| 273686 | BRANDON BARRETT | | BB |
| 295446 | Zambira Alexander | | Z |
| 306076 | Kernohan, Thomas R. | | TRK |
| 219081 | HARRIS CHRISTOPHER | | CETH |
| 351733 | FLORES, ROBERT | Robert Flores | RF |
| 327640 | PARDO BRIAN | Brian Pardo | BP |

| ADC # | name<br>First name, Last name<br>Print | Signature | intials |
|---|---|---|---|
| 330869 | Armando Yepiz | Armando Yepiz | AYR |
| 314407 | BRYON YSABI | Byrd YSABI | BY |
| 344734 | Miguel Gonzales | Miguel Gonzales | MG |
| 203234 | Murray B Sterling | St M | SM |
| 257424 | Brian Faulk | Brian Faulk | BF |
| 307520 | JON-WATSON | Jon Watson | JW |
| 325013 | Kevin Hall | Fim Hall | KH |
| 260923 | DAVIS, ALLEN | Allen D.S | AD |
| 180168 | BRUCE HOFFMAN | Bruce Hoffman | BH |
| 338159 | Carlos Andrews | Carlos Andrews | CA |
| 288575 | ABRAHAM DELAROSA JR. | | |
| 332459 | Joseph Baus | | JB |
| 320379 | Justin Keith Huey | JUM | JKH |
| 342898 | Kyler Leyva | Leyla | KL |
| 182444 | Michael Lewis | | ML |
| 321005 | Brian Deorey | | |
| 166638 | Langway, Matthew | Matthew Langway | ML |
| 308493 | Stephen Austin | Steph Austin | SA |
| 183801 | Gary Davis | Gary Davis | G.D. |
| 192672 | Gary Richter | Gary Richter | G.R. |
| 311351 | JASON MERRYMAN | MM MM | JAM |
| 332384 | Nuñez Juan S | | NJS |
| 107895 | PATRICK MORRISON | Patrick Morrison | P.M |
| 287513 | Richard Alday | Richard Alday | RA |
| 300155 | Martinez Fernando | Dul G | F.M.I.Z |
| 212834 | Dowling, James P. | | JPD |
| 352601 | WEST-JAY | | JW |

| ID | Name | Signature | Initials |
|---|---|---|---|
| 306375 | Victor Guastequi | | VS |
| 328947 | Delgado Carlos | Carlos | C D G |
| 311055 | Aguilar Ramon | | AR |
| 337541 | Humberto C. Cardinal | | H.C.C. |
| 353238 | Joshua Portella | Joshua P | J.P. |
| 332911 | Schoenberger, Kyle E | | KS |
| 291564 | Brilliant, Joy | Joy Brilliant | J.B. |
| 348340 | Carlos Rosado Calas | CB | CR |
| 343224 | Bruno Russell | | BR |
| 262235 | Tom Stemmer | | TS |
| 299558 | Patrick Lisa | P.L.D. | PML |
| 353135 | Alex Arellano | Alex Mellao | AAA |
| A55015 | Chris Ontiveros | Chy Ontiveros | Chy |
| 356545 | GARCIA, ROBERT | | RG |
| 260636 | Ramirez, Lupe | | J.R. |
| 314395 | Esparza, Ruben | | RE |
| 305427 | Derrick J Curtis | Derrick J Curtis | DJC |
| 307500 | Michael Dobbs | MD | MD |
| 343257 | Brian Zender | | BZ |
| 311635 | Reeder Dennis | | DR |
| 251648 | Holland, James | | JH |
| 355696 | Birch, Michael | | MB |
| 304997 | Lopez, Shaun | | SL |
| 342692 | Hittle Deanne | | DH |
| 293427 | Johnny Graham | | JG |
| 329129 | Jordan Christopher | | CJ |

| IOC # | Name (First name, Last name in print) | Signature | Initials |
|---|---|---|---|
| 334609 | JOSE CARDIEL | | |
| 343310 | Cody Fry | | CMF |
| 356228 | Jacob C Zamora | | |
| 293559 | JESUS ARISPE | | JA |
| 333105 | MICHAEL MATTOX | | MM |
| 357289 | Eduardo Felix | Eduardo Felix | ERF |
| 313391 | Cesar Lopez | | CL |
| 340128 | John Romero | | JR |
| 246864 | Sixto Rocabado | Rocabado | SR |
| 335095 | Anthony PEREZ | | AP |
| 264878 | Gaylord Baires | | GWB |
| 341337 | Macias, Richard | | |
| 286028 | WALLACE, DANIEL | | DW |
| 324051 | michael Fisher | Michael Fisher | MF |
| 316447 | Ryan morris | Ryan morris | RM |
| 331756 | Bruce Vasquez | | BV |
| 396160 | Marcus Rowland | | MR |
| 343164 | Toddrick Cooks | | T.C |
| 336129 | Rios Reynaldo | | RR |
| 282811 | Escalera Sammy | | SE |
| 342665 | Barney, Kevin | | KB |
| 335393 | Vargas, Anthony | | AV |
| 276681 | Hertel Frank | F. Hull | FKH |
| 232168 | Castorena, Abraham G | Abraham G. Casto | age |
| 345742 | Rios-Perez, Aldo | | ARP |
| 210505 | Garza, Raymond | Raymond Garza | RG |
| 335831 | Nass, Arnold | ArnolDNass | AW |
| 332029 | Delgado Michael | Michael Delgado | MJD |

| AOC # | Name (First name, Last name in print) | Signature | Initials |
|---|---|---|---|
| 351583 | TIMOTHY TRUJILLO | | tt |
| 316379 | Brendan Murphy | | BJM |
| 085609 | Dwayne Tiller | | DT |
| 332529 | Richard Simental | | RS |
| 316924 | Mungé Christopher | | CM |
| 301605 | SALAS, ARTURO | | AS |
| 332077 | Prieto, Shaun | | S.P |
| 317587 | Montelongo, Alex | | AM |
| 309359 | Terrell, Donald | | T.T. |
| 330830 | Holling, Raymond | | RH |
| 308060 | Hill barnett | | b.H. |
| 290584 | Nilson, Quezada | | N.Q |
| 319388 | McMORRIS, ROBERT | | JM |
| 320170 | Tyshaun Talton | | T.T |
| 112692 | Pacheco, Isidro | | I.P |
| 218742 | Calvin, Nole H | | NJC |
| 235840 | Everardo Isler | | EIN |
| 335168 | Fleunde Bryon | | BF |
| 311677 | mendoza Jesus | | JM |
| 236583 | Noriega Santos | | S.G.N |
| 291087 | Raul Carbajal | | RC |
| 330919 | Chad Schulz | | CMS |
| 329611 | Joshua Givens | | JG |
| 325826 | James Tiegs | | JT |
| 356025 | Larry Williams | | |
| 332699 | (Quric Torres Francisco) | | GTFJ |
| 335146 | Quiroz, Rafael | | RPQ |
| 358803 | AVALOS, LUIS | Luis Avois | LOA |
| 358803 | Avalos, Luis | | |

| IOC # | Name (First name, Last name in print) | Signature | Initials |
|---|---|---|---|
| 314995 | Byron Cadenas | *signature* | B.C |
| 356428 | Alejandro Carreon | alejandro carreon | A. C. |
| 351476 | EDWARD OCHOA | *signature* | EO |
| 356418 | WILLIAM STANLEY | William Stanley | WS |
| 313354 | CHESTER DAVIS | *signature* | C.D. |
| 353754 | Newhall Joshua | Nen Newhar | J.N |
| 356369 | WAYNE SPALDING | *signature* | WS |
| 353740 | Nimely Worloh | *signature* | N.W |
| 356969 | Alex Brown | Aleo | AB |
| 343360 | VICTOR D. RIVERA | *signature* | VDR |
| 324245 | Houton, Triston | Triston Houton | TH |
| 199833 | MARK CRAWFORD | Mark Crawford | MC |
| 356944 | Nial Brekel | *signature* | NB |
| 315759 | Tony C. Soja | *signature* | *mark* |
| 358405 | EFRAIN A. | EFRAIN A. | E.A.J. |
| 312154 | Archer Daniel | Daniel Archer | DA |
| 326638 | Kelly Jones | Kelly J | Kelly J |
| 215959 | Jonathon Redmond | Jonathon Redmond | JMR |
| 325400 | Nehemias Ruiz | *signature* | NLR |
| 291028 | William Brown | *signature* | WB |
| 323346 | Henry Roy | *signature* | RH |
| 320555 | Worden, Frank E. | *signature* | FEW |
| 313394 | Abraham N. Perez | *signature* | ANP |
| 350060 | Dioney Carlos Zavalza | *signature* | DCZ |
| 349065 | Graves, John | *signature* | JG |
| 253507 | Ramirez Ignacio | Ignacio Ramirez | IR |
| 346318 | David Lemanski | *signature* | DL |
| 318370 | Tim Aus | *signature* | TA |

| ADC # | Name (First name, Last name in print) | Signature | Initials |
|---|---|---|---|
| 166473 | JOSEPH WHALEY | Joseph D. Whaley | JW |
| 174699 | Michael Pierce | M-Pier | MP. |
| 314638 | Cox Daniel | Daniel Cox | D.C. |
| 323170 | Gortarez.m.Gabriel | Gabriel Cox | Gml G |
| 131649 | FRANKLin Omori | Frankli Omor | F.O. |
| 288180 | Cory Van Cleve | Cory Van Cleve | CV |

| AOC # | Name (First name, Last name in Print) | Signature | Initials |
|---|---|---|---|
| 174699 | Michael Pierce | | MP. |
| 314636 | COX Daniel | Daniel Cox | D.C. |
| 323170 | Gortarez m.Gabriel | | G.m.G |
| 131649 | FRANKlin Omori | Franklin Omori | F.O |
| 288180 | Cory Un Cleave | | CV |

| IOC # | Name (First name, Last name in print) | Signature | Initials |
|-------|---------------------------------------|-----------|----------|
|       |                                       |           |          |
|       |                                       |           |          |
|       |                                       |           |          |
|       |                                       |           |          |
|       |                                       |           |          |
|       |                                       |           |          |
|       |                                       |           |          |
|       |                                       |           |          |
|       |                                       |           |          |
|       |                                       |           |          |
|       |                                       |           |          |
|       |                                       |           |          |
|       |                                       |           |          |
|       |                                       |           |          |
|       |                                       |           |          |
|       |                                       |           |          |
|       |                                       |           |          |
|       |                                       |           |          |
|       |                                       |           |          |
|       |                                       |           |          |
|       |                                       |           |          |
|       |                                       |           |          |
|       |                                       |           |          |
|       |                                       |           |          |

| ADC # | name<br>First name, Last name<br>Print | signature | intials |
|---|---|---|---|
| 275948 | Terry Morrow | Morrow | Jm |
| 310937 | Jones, Darrick | Jh | DJ |
| 339743 | Jonathan, Carson | | J.P.C |
| 277563 | Devonte Osborn | Len Osl | D.F.O |
| 340211 | Jon, Scott | | JS |
| 191975 | Frank Charlson | Frank charlson | FWC |
| 128277 | DAM Simmons | Simm | DJ |
| 355812 | Steve Peterson | | SOP |
| 342803 | Daniel Dean | | DcD |
| 351555 | Smith Joshua | | JS |
| 186081 | Francisco Coscio | Franz cofeio | FC |
| 149043 | M19 N5Z | pon | AB |
| 356132 | Timothy Mayer | tim Mayer | TJM |
| 322899 | Aaron Marona | Cam Mm | M |
| 302009 | Ryan Whisman | | RW |
| 345454 | Harrison Blake | Han Bl | HB |
| 269918 | Maddox, Edward P. | Edward P. Maddox | EM |
| 301780 | Caputo, Christopher | Chi.C | CC |
| 351563 | Corneil Ellis | P Ellis | CE |
| 340275 | Bobby Hammonds | Bobby Hammon 12 | BH |
| 348056 | Sammy Garcia | Mi | SG |
| 305534 | christopher Gibbons | Gibbon | CG |
| 355578 | ABNER BALDORRAMA | abdulerrana | AB |

| ADC # | name
First name, Last name
Print | Signature | initials |
|---|---|---|---|
| 339743 | Jonathan, Carson | | J.R.C |
| 277563 | Devante, Osborn Flores | | D.F.O |
| 310937 | Jones, Darrick | | D.O. |
| 275948 | Jerry Morrow | | R |
| 128277 | Simmons DAVE | | D |
| 340211 | Jon, Scott | | JS |
| 353812 | Steve Peterson | | SSP |
| 342803 | Daniel Dean | | DcD |
| 191975 | Frank Charlson | Frank Charlson | FWC |
| 186081 | Francisco Cascio | Franco Cascio | FC |
| 356132 | Timothy Mayer | Tim Mayer | TJM |
| 522899 | Acron Marona | | M |
| 351555 | Smith Joshua | | JS |
| 1444 | Woster Hof | | HQ |
| 305534 | Christopher Gibbons | | CG |
| 345454 | Harrison Blake | Hai B— | HB |
| 302009 | Ryan Whisman | | RW |
| 269918 | Maddox, Edward P. | Edward P. Maddox | EM |
| 301780 | Caputo, Christopher | | CC |
| 351563 | Corneil Ellis | | CE |
| 340275 | Bobby Hammonds | Bobby Hammon | BH |
| 348056 | Sammy Garcia | | SG |
| 355578 | ABNER BALDERRAMA | | a/ |

Inmate Byron E. Cadenas 4-C-31-L
ADC # 314995
Arizona State Prison Complex Kingman
Unit Huachuca
P.O. Box 6639
Kingman AZ 86402



quadient
CORRECTION
IMI
$002.22⁰
05/12/2023 ZI⁰ 86413
043M30238509
US POSTAGE

The Honorable Roslyn O. Silver

Senior United States District Judge

401 West Washington Street #10
Phoenix Az, 85003

**RECEIVED**

MAY 1 8 2023

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

"LEGAL MAIL"
ARIZONA DEPARTMENT OF
CORRECTIONS,
REHABILITATION AND
REENTRY